# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH TAN PHAN, | Case No. SACV 12-2216-JAK (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TIM VARA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/19/15

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

-1-